UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| STEVEN COCHRAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:11-cv-627-SEB-DKL |
| | ) | |
| AMERICA'S NETWORK, INC, | ) | |
| | ) | |
| Defendant. | ) | |

### Order Adopting Magistrate Judge's
### Report and Recommendation To Dismiss Action

The Court has reviewed and considered the Magistrate Judge's Report and Recommendation (Docket No. 19) that this action be dismissed without prejudice under *Federal Rules of Civil Procedure* 4(m). The Magistrate Judge found that timely service has not been effected on defendant America's Network, Inc. and good cause has not been shown for extending the time for service. No objections to the Report and Recommendation have been filed, and the time for filing such objections has expired.

The Court acknowledges that after the Magistrate Judge issued her Report and Recommendations an answer to the complaint was filed by "Ron E. Mullinax for America's Network, Inc., Pro Se" on October 28, 2011. That filing, however, is ineffective and must be disregarded because a corporation is not permitted to litigate in a federal court unless it is represented by a lawyer licensed to practice in that court. *Rowland v. California Men's Colony,* 506 U.S. 194, 202 (1993); *U.S. v. Hagerman,* 545 F.3d 579, 581 (7th Cir. 2008); *Scandia Down Corp. v. Euroquilt, Inc.*, 772 F.2d 1423, 1427 (7th Cir. 1985). Ron E. Mullinax is not a lawyer licensed to practice in this Court, and thus his filings on behalf of a corporation are not considered, nor does such a filing create a conflict with the Magistrate Judge's Report and Recommendation.

The Court, having given de novo consideration to the issue presented pursuant to 28 U.S.C. § 636(b)(1) and *Federal Rules of Civil Procedure* 72(b)(2) and (3), finds that the Magistrate Judge's Report and Recommendation is well reasoned and supported by the facts, as well as the law.

The Court adopts the Magistrate Judge's Report and Recommendation in full and incorporates it by reference herein. Accordingly, this cause is dismissed without prejudice. Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**


Date:   12/02/2011

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana